IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00425-REB-BNB

1111 TOWER, LLC, a Delaware limited liability company,

Plaintiff,

v.

CONSTRUCTION FORMS, INC., a Wisconsin corporation,

Defendant.

_____

## ORDER
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was REFUSED for the reasons stated on the record. Consistent with matters discussed at the final pretrial conference,

IT IS ORDERED:

(1) A supplemental final pretrial conference is set for **March 19, 2012, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado; and

(2) The parties shall submit, on or before **March 14, 2012**, a revised final pretrial order, modified as discussed on the record this morning.

Dated March 5, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge