**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-00425-REB-BNB

1111 TOWER, LLC, a Delaware limited liability company,

    Plaintiff,

v.

CONSTRUCTION FORMS, INC., a Wisconsin corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion For Dismissal With Prejudice** [#28][1] filed May 1, 2012.  After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Dismissal With Prejudice** [#28] filed May 1, 2012, is **GRANTED**;

2. That the Trial Preparation Conference set for May 18, 2012, is **VACATED**;

3. That the jury trial set to commence June 4, 2012, is **VACATED**; and

---

[1] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 1, 2012, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge